UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
KATHLEEN FINGER,                                            :
                  Plaintiff,        :
:  21 Civ. 728 (LGS)
         -against-                                    :
:  ORDER
NTN BUZZTIME, INC., et al.,                                 :
                 Defendants.       :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated February 16, 2021 (Dkt. No. 4), required the parties to file a proposed case management plan and joint letter by March 4, 2021;

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.  It is hereby

    **ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **March 8, 2021, at noon**.

Dated: March 5, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE